# N THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

LISA CRAIN; CATHEE CRAIN;
MARILLYN CRAIN BRODY; and
KRISTAN SNELL                                                                    PLAINTIFFS

V.                          CASE NO. 2:20-CV-2038

SHIRLEY CRAIN and RAY FULMER,
as Representative of the Estate
of H.C. "Dude" Crain, Jr., Deceased                                              DEFENDANTS

## AMENDED JUDGMENT

The Court's Judgment (Doc. 204) issued on January 18, 2022, is hereby **AMENDED** to include an award to Plaintiffs of their reasonable attorneys' fees and costs. The amount of the award and the Court's reasoning are set forth in the Memorandum Opinion and Order (Doc. 263) filed this day.

**IT IS SO ORDERED AND ADJUDGED** on this 15th day of July, 2022.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE